1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10         **CENTRAL DISTRICT OF CALIFORNIA**

11

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

| | |
|---|---|
| 12  PRUDENTIAL REAL ESTATE<br>AFFILIATES, INC., a Delaware<br>13  corporation, | Case No. SACV11-1558DOC(JPRx)<br>Hon. David O. Carter<br>Hon. Magistrate Jean P. Rosenbluth |
| 14                    Plaintiff, | **Final Judgment Against Defendant<br>Katherine R. Sanders** |
| 15  vs. | |
| 16  SOUTH O'TOWN REALTY<br>COMPANY, INC., an Alabama<br>17  corporation;<br>KATHERINE R. SANDERS, an<br>18  individual; and<br>DOES 1 through 10, inclusive, | |
| 19                    Defendants. | |

20

21

22

23

24

25

26

27

28

15538086.1

Plaintiff BRER Affiliates Inc.'s (FKA Prudential Real Estate Affiliates, Inc.) Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, Against Defendant Katherine R. Sanders came on for hearing before this court on August 27, 2012.  Plaintiff appeared by its counsel as stated on the record; defendant appeared as stated on the record.

After full consideration of the evidence and arguments set forth in the papers submitted and at the hearing, and good cause appearing, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 56-1, 56-2, and 56-3 of the Central District of California Local Rules,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that BRER Affiliates Inc. (FKA Prudential Real Estate Affiliates, Inc.) is granted judgment against Katherine R. Sanders in the amount of $580,994.41, as all claims between BRER Affiliates Inc. (FKA Prudential Real Estate Affiliates, Inc.) and Katherine R. Sanders have been decided, there is no just reason for delay pursuant to Federal Rules of Civil Procedure 54(b) and 58, and that BRER Affiliates Inc. (FKA Prudential Real Estate Affiliates, Inc.) recover its costs and attorneys' fees in the sum of  $25, 714.87.  Interest shall accrue at the legal rate on all amounts from and after the date of entry of the judgment until the judgment is paid in full.  This judgment is immediately enforceable upon entry by the court.

Dated: September 24, 2012

The Honorable David O. Carter
United States District Court Judge

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Judgment Against Katherine R. Sanders
Case No. SACV11-1558 DOC(JPRx)

15538086.1