FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 24 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRER AFFILIATES INC. (FKA Prudential Real Estate Affiliates, Inc.), a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH O'TOWN REALTY COMPANY, INC., an Alabama corporation;<br>KATHERINE R. SANDERS, an individual; and<br>DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SACV11-1558DOC(JPRx)<br>Hon. David O. Carter<br>Hon. Magistrate Jean P. Rosenbluth<br><br>[~~Proposed~~] **Judgment Against Defendant South O'Town Realty Company, Inc.** |

Judgment Against South O'Town Realty
Company, Inc.
Case No. SACV11-1558 DOC(JPRx)

15840858

1   The court, having previously ordered default judgment in favor of plaintiff
2   BRER Affiliates Inc. (FKA Prudential Real Estate Affiliates Inc.) and against
3   defendant South O'Town Realty Company, Inc., now **HEREBY ENTERS**
4   **JUDGMENT** in favor of plaintiff BRER Affiliates Inc. (FKA Prudential Real
5   Estate Affiliates Inc.) and against defendant South O'Town Realty Company, Inc.
6   in the amount of $580,994.41, plus attorneys' fees in the amount of $15,219.89,
7   costs in the amount of $10,494.98, and post-judgment interest from the date of
8   entry of judgment until paid.

Dated: 9/24/12

_____
Hon. David O. Carter
United States District Court